UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-14218-MIDDLEBROOKS/LYNCH

DAVID POSCHMANN,

        Plaintiff,
v.

BMAC OF FLORIDA, INC. and
3351 SW MARTIN HWY, LLC

        Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

        s/Drew M. Levitt
        Drew M. Levitt, Esq.
        Florida Bar No. 782246
        DML2@bellsouth.net
        Lee D. Sarkin, Esq.
        Florida Bar No. 962848
        lsarkin@aol.com
        4700 N.W. Boca Raton Boulevard, Ste. 302
        Boca Raton, Florida 33431
        Telephone (561) 994-6922
        Facsimile  (561) 994-0837
        Attorneys for Plaintiff