UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-14218-MIDDLEBROOKS/LYNCH

DAVID POSCHMANN,

    Plaintiff,

v.

BMAC OF FLORIDA, INC., and 3351 SW MARTIN HWY, LLC,

    Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 7), filed on July 18, 2016. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff may voluntarily dismiss this action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither filing. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this **CASE** and **DENY** all pending motions as **MOOT.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 20 day of July, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record